**UNITED STATES of America, Plaintiff–Appellee**

v.

**Simon Ricarte BALDERAS, Jr, also known as BJ, Defendant–Appellant.**

**No. 08–41134**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

May 7, 2010.

William D. Baldwin, Assistant U.S. Attorney, U.S. Attorney's Office, Tyler, TX, for Plaintiff–Appellee.

James Wesley Volberding, Esq., Tyler, TX, for Defendant–Appellant.

Before KING, STEWART, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Simon Ricarte Balderas, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Balderas has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsi-

---

bilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Morris has filed a response. Our independent review of the record, counsel's brief, and Morris's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.